[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUG 27, 2008
THOMAS K. KAHN
CLERK

No. 07-14827
Non-Argument Calendar
_____

D. C. Docket No. 06-00061-CR-OC-10-GRJ

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CECILIO HERNANDEZ-PALACIOS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

**(August 27, 2008)**

Before DUBINA, BLACK and PRYOR, Circuit Judges.

PER CURIAM:

Michael Johnson, appointed counsel for Cecilio Hernandez-Palacios, has

filed a motion to withdraw on appeal supported by a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d. 493 (1967).  Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED** and Hernandez-Palacios's convictions and sentences are **AFFIRMED**.